# Exhibit - A

Sec. 40-331. - Signs.

(a) No billboard, signboard, banner, pennant or other advertising media shall be permitted, except the following:

   (1) One "For Sale" sign, not exceeding seven square feet in area, and advertising the property on which the sign is erected. Such sign shall in no case be erected nearer to any right-of-way line or front lot line than one-third of the distance from the right-of-way line or front lot line to the setback of the building or proposed building. Such sign, including "Sold" signs, shall be removed within ten days after execution of a purchase agreement for the property.

   (2) One building or contractor's sign may be maintained on buildings only while the buildings are actually under construction, provided that no such sign shall exceed seven square feet in area, or be located nearer to any right-of-way line or front lot line than one-third of the distance from the right-of-way line or front lot line to the setback of the building or proposed building.

   (3) Signs advocating the election of political candidates or the passage or defeat of ballot issues to be voted upon by the public in an upcoming election in the village, not exceeding seven square feet in area, and in no case located nearer to any right-of-way line or front lot line than one-third of the distance from the right-of-way line or front lot line to the setback of the building. No lot shall contain more than one sign for any single candidate or issue. All such signs shall be removed within five days after the election to which they are addressed.

   (4) A freestanding sign, no greater than one-half square foot, unobtrusively located on the premises, indicating the security provider.

   (5) Garage sale signs, no greater than seven square feet, unobtrusively located as provided in section 40-243.

   (6) Open house direction signs. Signs which indicate the directions to a particular residence that is open for public viewing may be placed on Sundays between 1:30 p.m. to 4:30 p.m. Such signs may not exceed seven square feet in size. The signs may be located between the sidewalk and the curb of the street, or, if being placed where no sidewalk exists, no closer than five feet from the street. Such signs must be placed in such a way as to avoid creating a traffic hazard or a nuisance or inconvenience to the neighborhood. Open house direction signs may be located on private property, including any portion of such private property that is located between the sidewalk and the curb or street, only with the permission of the property owner. Open house direction signs may not be placed on the Lake Shore Road median or on the east side of Lake Shore Road, south of Vernier Road. Open house direction signs which comply with the requirements of this section may otherwise be placed on public property without permission from the city. The persons or entities whose open house direction signs do not comply with these requirements will be subject to a fine determined by the city council.

(b) If a sign becomes unsightly or in a state of disrepair, the village building department may order the sign to be repaired or removed, and failure to comply with such an order shall result in a violation of this chapter.

(Ord. No. 200, art. 13, § 1300, 7-7-1997; Ord. No. 259, § 1, 3-19-2013)