# Exhibit - C

# State of Michigan Uniform Law Citation

**Ticket No.** 20GS00652 ☐ Victim Involved

US DOT #

**Incident No.** 200002141

**Dept. No.** 449

The People of: ☐ the State of Michigan ☐ Township ☒ City ☐ Village ☐ County

**OF:** GROSSE POINTE SHORES

Local Use/Arrest No.

**Detection Device:** RADAR

**BAC:** 1 of 1

| THE UNDERSIGNED SAYS THAT ON: | Month 11 | Day 24 | Year 20 | At approximately 03:52 ☐ A.M. ☒ P.M. | Date of Birth | Month 04 | Day 01 | Year 70 |

**State:** MI ☒ Oper./Chauff. ☐ CDL

**Driver License Number:** P625799751258

**SSN (last 4 digits):**

| Race U | Sex M | Height 5'11" | Weight 210 | Hair | Eyes BRO | Occupation/Employer |

**Name (First, Middle, Last):** TODD RUSSELL PERKINS

**Street:** 49 HAMPTON RD

**City:** GROSSE PTE SHORES **State:** MI **Zip Code:** 48236-1316

**Vehicle Plate No.** | **Year** | **State** | **Vehicle Description (Year, Make, Color)** | **Veh. Type:** 1

THE PERSON NAMED ABOVE, in violation of ☒ Local Ordinance ☐ State Law ☐ Administrative Rule

**UPON:** HAMPTON

**AT OR NEAR:** 49 HAMPTON

**WITHIN** ☒ CITY ☐ VILLAGE ☐ TOWNSHIP OF GROSSE POINTE SHORES

**COUNTY OF:** WAYNE

DID THE FOLLOWING

| Type | MCL Cite/PACC Code/Ordinance | Description (include any bond amount collected on each charge) | Charge No. |
|---|---|---|---|
| ☒ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. SIGNS VIOLATION | VIOLATION OF SIGN ORDINANCE DID NOT COMPLY BY 1500HRS 11/24/20 AS DISCUSSED | 1 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | 2 |
| ☐ C/I ☐ Warn ☐ Misd ☐ Fug ☐ Fel ☐ Waiv | ☐ Authorization pend. | | 3 |

**TO THE COURT:** Do not arraign on a felony charge until an authorized complaint is filed.

**Offense Code(s)**
1. CH 40 SEC 40-243    2.    3.

**Key for Type:** C/I = Civil Infraction  Misd = Misdemeanor  Fel = Felony  Warn = Warning  Fug = Fugitive  Waiv = Violation for Which Fines/Costs May be Waived  Authorization pend. = Authorization pending

**Remarks:**

**Ticket:** 20GS00652
**Name:** PERKINS, TODD
**Case No.**

**CHECK IF APPROPRIATE:** ☐ Damage to Property ☐ Vehicle Impounded ☐ Injury ☐ Traffic Crash ☐ Death
☐ Local Court Bond $ _____
☐ License Posted in Lieu of Bond
☐ Appearance Certificate
**Person in Active Military Service:** ☐ Yes ☒ No  ☒ None

SEE DATE BELOW. SEE BACK OF CITATION FOR EXPLANATION AND INSTRUCTIONS

**Appearance Date on or before:** CONTACT COURT WITHIN 14 DAYS

**Hearing Date (if applicable) on:** _____
☐ Juvenile Traffic Misd. (Court will Notify)  ☐ Formal Hearing Required. (Court will Notify)  ☐ Contact Court

**In the:** 32D GROSSE POINTE SHORES MUNICIPAL COURT  **Court of:** GROSSE POINTE SHORES

**Court Address & Phone Number:** 32D GROSSE POINTE SHORES MUNICIPAL COURT
795 LAKE SHORE ROAD
GROSSE POINTE SHORES, MI 48236
313-881-5503

☒ I served a copy of the civil infraction complaint upon the defendant (or owner/occupant by posting if applicable). I declare under the penalties of perjury that the statements above are true to the best of my information, knowledge, and belief.

**Complainant's Signature and receipt if applicable:** PSO Z. BOJAJ

| Month 11 | Day 24 | Year 20 |

**Officer's Name (printed):** PSO Z. BOJAJ

**Officer's ID No.:** 11

**Agency ORI:** MI-8244900

**Agency Name:** GROSSE POINTE SHORES PD

UC-01a (rev. 6/05)

Payment: https://Payments.CLEMIS.Org/CLMCitationPay
Mediation: www.courtinnovations.com/...

## CIVIL INFRACTION - READ CAREFULLY

**WARNING:** If you fail to appear by the date specified on the front of this citation or at the date and time scheduled for hearing, a default judgment will be entered against you. A person who fails to answer a citation is guilty of a misdemeanor. Timely application to the court for a hearing or return of the citation with an admission of responsibility and with full payment of applicable civil fines and costs constitute a timely appearance.

If this is a traffic violation and you fail to answer this citation or a notice to appear, the Secretary of State will suspend your driver license.

If this is a state civil infraction and you fail to answer this citation or a notice to appear, the Secretary of State will not issue or renew your driver license.

If this is a municipal civil infraction and you fail to answer this citation or a notice to appear in court or to comply with a judgment, the municipal agency that alleged the violation and the prosecutor may try to collect the judgment through civil post judgment collection procedures.

You are alleged to be responsible for a civil infraction. For each charge listed on the front of this ticket, you must either: 1) admit responsibility; or 2) admit responsibility with explanation; or 3) deny responsibility. Check the appropriate box for each charge and sign your name.

**ADMIT RESPONSIBILITY** by mail, in person, or by representation.

**BY MAIL.** Contact the court indicated on the front of this citation and obtain the amount of your fine and costs. Sign below. Mail this copy with your certified check or money order to the court clerk, on or before the date specified on the front of this citation.

**IN PERSON OR BY REPRESENTATION.** Sign below. You or your representative must bring this copy to the court clerk at the address indicated on the front of this citation on or before the date specified on the front of this citation.

I enter my appearance, waive my right to a hearing, and I admit responsibility for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**ADMIT RESPONSIBILITY WITH EXPLANATION.** You may admit responsibility with explanation of the circumstances of the violation which the court may consider in determining the amount of your fine and costs. You may admit responsibility with explanation by mail, in person, or by representation.

**IN PERSON OR BY REPRESENTATION.** Contact the court on or before the date specified on the front of this citation in person, by mail, by telephone, or by representation to obtain a time to appear in court to give your explanation.

**BY MAIL.** Sign below. Mail this copy and your explanation on a separate sheet of paper to the court clerk at the address indicated on or before the date specified on the front of this citation. The court will mail you its determination and, if applicable, order any fine and costs to be paid by you.

I enter my appearance by mail, waive my right to a hearing, and admit responsibility with explanation for the civil infraction alleged on the front of this citation.

☐ Charge 1 Signature _____ Date _____
☐ Charge 2 Signature _____ Date _____
☐ Charge 3 Signature _____ Date _____

**DENY RESPONSIBILITY.** To deny responsibility you must either:

1. Appear in person in court for an informal hearing before a magistrate, referee, or judge; neither side may have an attorney, OR
2. Appear in court for a formal hearing before a judge. An attorney will be with the officer. You may be represented by an attorney.

If a hearing date is specified on the front of this citation, you must appear on that date for an informal hearing unless you contact the court at least 10 days before that date by mail, telephone, representation, or in person to request a formal hearing.

If an appearance date is specified on the front of this citation, you must contact the court on or before that date by mail, telephone, representation, or in person to obtain a hearing date. The court will schedule an informal hearing unless you request a formal hearing. A municipal agency may also request a formal hearing.

☐ Charge 1    ☐ Charge 2    ☐ Charge 3

**VIOLATION FOR WHICH COURT MAY WAIVE FINE/COSTS:** Correct the violation. Present the citation to any law enforcement officer to certify the correction. Mail or bring the citation to the court clerk at the address shown before your appearance or hearing date.

**OFFICER CERTIFICATION** I certify that the violation described on the front of the citation has been corrected.

20GS00652

PERKINS

☐ Charge 1 Signature _____
☐ Charge 2 Signature _____
☐ Charge 3 Signature _____

| Officer's Signature | Officer's ID No. | Date |
|---|---|---|
| Agency Name | Agency ORI | |

Notify the court and the Secretary of State immediately if you change your address.

**PLEASE NOTE:** If you do not understand these instructions, or if you have questions about what you must do, contact the court in person or by telephone on or before the appearance date or hearing date specified on the front of this citation.

CIVIL INFRACTION COPY